THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,
*ex rel.* DANIEL FOSTER,

               Plaintiff,

v.

DURST IMAGE TECHNOLOGY US, LLC,
ALUPRESS, LLC, and DURST LIFT SOFTWARE,
LLC,

               Defendant.

24-CV-06501-EAW
**UNDER SEAL**

---

## UNITED STATES' NOTICE OF PARTIAL INTERVENTION FOR PURPOSES OF SETTLEMENT

The United States of America ("United States"), Relator Daniel Foster, and Defendant Alupress, LLC have reached an agreement to resolve claims arising under the False Claims Act, 31 U.S.C. § 3729 *et seq.*, pursuant to a settlement agreement (the "Settlement Agreement"). Pursuant to 31 U.S.C. §§ 3730(b)(2) and (4), and for the purpose of effectuating and formalizing the resolution under the Settlement Agreement, the United States respectfully advises the Court of its decision to intervene in this action for the purposes of settlement as to Alupress, LLC. The United States declines to intervene as to Defendants Durst Image Technology US, LLC and Durst Lift Software, LLC.

The United States does not presently intend to file a Complaint in Intervention but reserves the right to file such a Complaint in the event that the Alupress, LLC does not pay the full settlement amount consistent with the terms of the Settlement Agreement. Under the terms and conditions of the Settlement Agreement, the United States and Relator will jointly file a Notice of Dismissal of the Civil Action pursuant to Rule 41(a)(1) of the Federal Rules

of Civil Procedure following receipt of the payment due pursuant to the Settlement Agreement.

The United States understands that, following its intervention in this action, the seal on the case will be lifted. However, the United States respectfully requests that the Court order the sealing of the United States' motions to extend time to consider intervention, along with the supporting memoranda of law. The United States requests that such papers remain under seal because they discuss the content and extent of the United States' investigation and were provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is submitted herewith.

Respectfully submitted,

DATED: December 17, 2025
AT: Buffalo, New York

MICHAEL DIGIACOMO
United States Attorney
Western District of New York

s/ David M. Coriell
DAVID M. CORIELL
Assistant U.S. Attorney
138 Delaware Avenue
Buffalo, NY 14202
Tel: 716-843-5731
David.Coriell@usdoj.gov

*Attorneys for the United States*